ACCEPTED
08-20-00224-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
3/11/2021 12:56 PM
ELIZABETH G. FLORES
CLERK



**YVONNE ROSALES**
DISTRICT ATTORNEY
34TH JUDICIAL DISTRICT
El Paso, Hudspeth and Culberson Counties

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS

3/11/2021 12:56:57 PM

ELIZABETH G. FLORES
Clerk

March 11, 2021

Elizabeth G. Flores, Clerk
Court of Appeals, Eighth District of Texas
1203 El Paso County Courthouse
500 E. San Antonio
El Paso, Texas 79901

Re:     *Ex parte: Melissa Buckley*
       Cause Number: 08-20-00224-CR
       Trial Court Number: 20190D03405

Dear Ms. Flores:

In response to the first inquiry in this Court's Order, dated March 10, 2021, the State hereby represents to the Court that the undersigned has reviewed the appellate record currently before this Court, and the partial expunction order does not appear in that record currently before the Court. The undersigned further represents to the Court, however, that the parties have agreed on a disposition of the underlying criminal case below, as shown by the motion to dismiss this appeal filed today in this Court by counsel for Melissa Buckley. As such, the issue regarding the state of the appellate record has become moot.

Very truly yours,

/s/ Tom A. Darnold
Tom A. Darnold
Asst. District Attorney

copy:  Matthew DeKoatz, attorney for applicant/appellant
       mateodekoatz@yahoo.com

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tom Darnold
Bar No. 00787327
tdarnold@epcounty.com
Envelope ID: 51388244
Status as of 3/11/2021 1:41 PM MST

Associated Case Party: MELISSA BUCKLEY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| MATEO DEKOATZ | | mateodekoatz@yahoo.com | 3/11/2021 12:56:57 PM | SENT |